Leroy Harris
2512 Faiss Dr.
Las Vegas, Nevada 89134
(91) 747-2289
PLAINTIFF IN PROPER PERSON

FILED
ENTERED                SERVED ON
COUNSEL/PARTIES OF RECORD
JUN 2 6 2023
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
                                  DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Nevada Division

| | |
|---|---|
| LEROY HARRIS | |
| Plaintiff(s), | |
| -vs- | 2:23-cv-00259-MMD-VCF |
| CLARK COUNTY SCHOOL DISTRICT | |
| Defendant(s). | Request for Early Neutral Evaluation Program |

## REQUEST FOR EARLY NEUTRAL EVALUATION (ENE)

1. Plaintiff Harris requested Court for assignment to Early Neutral Evaluation - Plaintiff's Civil Rights Complaint was filed with the court on 02/21/2023.
2. Plaintiff served Defendant Clark County School District with the Complaint and Summons 04/10/2023.
3. Defendant filed a Motion to dismiss 05/03/2023.
4. Plaintiff filed response 05/16/2023.
5. Defendant filed a Reply to Response 05/23/2023.

Page 1 of 2

The Early Neutral Evaluation was assigned to Magistrate Judge Brenda Weksler 02/21/2023.

Plaintiff respectfully request that the assignment to an Early Neutral Evaluation session be granted.

Respectfully submitted this 26th day of June, 2023

ORDER

IT IS SO ORDERED

**DATED:** 4:11 pm, June 28, 2023

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

Leroy Harris-Pro Per
2512 Faiss Dr.
Las Vegas, NV 89134
Leroyharris61@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2023 I served the foregoing Request for an **Early Neutral Evaluation Session** by mailing to CCSD counsel, via U.S. Postal Service, postage fully pre-paid, addressed as follows:

Betty Foley
Assistant General Counsel
5100 West Sahara Ave.
Las Vegas, Nevada 89146