**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Leroy Harris,

        Plaintiff(s),

vs.

Clark County School District,

        Defendant(s).

**2:23-cv-00259-MMD-MDC**

**Order**

    Pursuant to the Order of the Chief District Judge (ECF No. 49), the Court Orders parties to file a *Proposed Joint Scheduling Order and Discovery Plan* within 30 days of defendant filing a responsive pleading.

    DATED this 8th day of April 2024.

    IT IS SO ORDERED.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge